UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TAMMY MITCHELL,

                     Plaintiff,

-against-

PATHMARK STORES, INC.,

                     Defendant.
----------------------------------------------------------------X

JUDGMENT
03-CV- 5305 (JG)

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 9 2006 ★
BROOKLYN OFFICE

       An Order of Honorable John Gleeson, United States District Judge, having been filed on June 6, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 18, 2005, dismissing the case for want of prosecution; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered dismissing the case for want of prosecution.

Dated: Brooklyn, New York
       June 07, 2006

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court